No. 25-60455

# In the United States Court of Appeals for the Fifth Circuit

LOUISIANA BUCKET BRIGADE; SIERRA CLUB,
*Petitioners*

v.

LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; COURTNEY BURDETTE, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,
*Respondent*

VENTURE GLOBAL CP2 LNG, L.L.C.,
*Intervenor*

---

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:04-cv-637, Hon. John W. deGravelles

---

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO LODGE THE RECORD**

---

ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General

KELSEY L. SMITH
Deputy Solicitor General

Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

# CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellant—as a "governmental" party—need not furnish a certificate of interested persons.

## UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO LODGE THE RECORD

Under Fifth Circuit Rule 17, the Louisiana Department of Environmental Quality (LDEQ), respondent, respectfully requests a 30-day extension of LDEQ's deadline for filing the administrative record in this case. The current deadline for LDEQ to file the administrative record is October 6, 2025, and a 30-day extension would change the deadline to November 5, 2025.

Fifth Circuit Rule 17 requires an agency to provide the Court with "specific reasons" for requesting an extension. LDEQ requires the extension because the record is voluminous—likely thousands of pages in length. Moreover, LDEQ has been compiling records for other matters with competing deadlines, including two state court cases (*Rise St. James Louisiana v. LDEQ* (19th JDC No. C-759270 21) and *Peters v. LDEQ* (19th JDC No. C-759973 25)). LDEQ also has concurrent obligations around the current lodging deadline, including a response/reply brief in *Rise St. James v. Burdette* (MDLA No. 3:25-cv-00429).

No party will be prejudiced by the 30-day extension. Counsel for petitioners and intervenor do not oppose this motion.

|  |  | Respectfully submitted, |
|---|---|---|
| Dated: | September 25, 2025 | ELIZABETH B. MURRILL<br>Attorney General of Louisiana |

J. BENJAMIN AGUIÑAGA
Solicitor General

*/s/ Kelsey L. Smith*
KELSEY L. SMITH
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

      I certify that on September 25, 2025, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

      */s/ Kelsey L. Smith*
      KELSEY L. SMITH

# CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 178 words; and

(2) the typeface and typestyle requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ Kelsey L. Smith*
KELSEY L. SMITH

Dated:   September 25, 2025