# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60455   LA Bucket Brigade v. LDEQ  
                    Agency No. PSD-LA-847  
                    Agency No. 0560-000998-V0

The court has granted an extension of time to and including January 15, 2026 for filing petitioners' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _S. Rasheed_  
Shatyra Rasheed, Deputy Clerk

Mr. Jorge Benjamin Aguinaga  
Ms. Kirsten Bahnson  
Mr. David Gabriel Bookbinder  
Mrs. Jill Carter Clark  
Mr. Makram B. Jaber  
Mr. Andrew D. Knudsen  
Ms. Elizabeth Baker Murrill  
Ms. Lauren J. Rucinski  
Mr. Joshua Smith  
Ms. Kelsey LeeAnn Smith  
Ms. Allison D. Wood