

January 15, 2026

Vɪᴀ CM/ECF

Lyle W. Cayce, Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Herbert Building 600 S. Maestri Place New
Orleans, LA 70130-3408

**Re:     Notice of Submission of Standing Declarations—*Louisiana Bucket Brigade, et al. v. Louisiana Department of Environmental Quality et al.*, No. 25-60455**

Dear Mr. Cayce,

    Petitioner hereby submits as attachments to this letter the standing declarations referenced in its initial brief. Petitioner submits these declarations in order to satisfy their burden to "prove each element of standing with specific facts supported by affidavit." *Owner-Operator Indep. Drivers Ass'n v. U.S. Dep't of Transp.*, 831 F.3d 961, 966 (8th Cir. 2016); *see also Book People, Inc. v. Wong*, 91 F.4th 318, 329 (5th Cir. 2024) (Plaintiffs "must clearly show only that each element of standing" is satisfied).

    Petitioner will provide paper copies of these declarations at the Court's request. Thank you.

Respectfully,

*s/ Joshua Smith*
Joshua Smith

**David Bookbinder**
Environmental Integrity Project
888 17th Street, NW
Washington, D.C. 20006
Telephone: (301)751-0611
dbookbinder@environmentalintegrity.org

*Counsel for Petitioners Louisiana Bucket Brigade and Sierra Club*

**Joshua D. Smith**
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
Tel: (415) 977-5560
joshua.smith@sierraclub.org

*Counsel for Sierra Club*

# DECLARATION OF JOHN ALLAIRE

I, John Allaire, declare as follows:

1. I am of legal age and competent to give this declaration, and all matters in this declaration are based on my own personal knowledge unless otherwise specified.

<u>Background</u>

2. I am 70 years old and live in Holly Beach, Louisiana. I've lived on my property at 621 Gulf Beach Highway in Holly Beach (70631) on and off for approximately the past 27 years, and continuously since 2020. My property is in Cameron Parish, which is adjacent to Calcasieu Parish. I have no current plans to move out of the area.

3. My property encompasses approximately 311 acres of coastal marshland and forest, and over 3,200 feet of coastline along the Gulf of Mexico. These ecosystems host many species of plants and animals, and several rare and sensitive species, including the federally threatened Eastern Black Rail (a small bird). Many species of migrating birds frequent the property, and many roost in the Cheniere forests immediately adjacent to the Gulf Coast to rest after having crossed the Gulf of Mexico from South and Central America.

4. I am an active birder, hunter, and fisherman. I hunt for ducks and other animals more than 70 days each year, mostly on my property, and fish,

mostly on my property, hundreds of days each year. I am also a bird lover, and regularly get outside on my property and in nearby areas to look for birds and other animals, including the Eastern Black Rail. I frequent the nearby community of Holly Beach four to five times a week. On average I spend 8 hours a week in Holly Beach.

5. I have specific plans to regularly continue to enjoy wildlife, hunt, and fish on my property, and in the immediate vicinity. In fact, I regularly keep a log of my days hunting. I do this throughout duck hunting season. Last season, I hunted over 60 days. I also regularly fish around my property, and eat much of what I catch. We go down to the beach and fish. I plan to continue to do both of these activities in the future, as it is one of the reasons I live in the area and why my property is so important to me.

6. I am an active member of the Sierra Club. I have been a Sierra Club member for four years. I support Sierra Club's mission to protect wild places and appreciate the long history of working on important environmental issues and wide reach of organization. Specifically, I regularly sign onto online Sierra Club petitions, attend Sierra Club events and webinars, and read the Sierra Club's magazine and newsletters. Since 2018, I have also regularly and consistently participated in the Sierra Club's work to fight liquified natural

gas ("LNG") export infrastructure in my area by submitting comments and attending public hearings relating to proposed LNG export infrastructure.

7. As part of my efforts to push back against the rapid expansion of massive LNG facilities near my property and in the greater Holly Beach area, I have specifically engaged with comment opportunities on the Calcasieu Pass 2 ("CP2") LNG export facility, including the comment process for the air permits at issue here. I plan to continue to participate in the Sierra Club's ongoing work to oppose the CP2 LNG export facility and other proposed LNG export facilities in my immediate area.

8. I am also an active member of the Louisiana Bucket Brigade, a 501(c)(3) nonprofit organization. Louisiana Bucket Brigade uses grassroots action to hold the petrochemical industry and government accountable for the true costs of pollution. The organization works to create an informed, healthy society that hastens the transition from fossil fuels. My volunteer work with the Louisiana Bucket Brigade involves weekly calls, installation of flare cameras on my property to monitor flaring at nearby industrial facilities, and facilitating tours of my property and the surrounding community for reporters to understand the scope of the LNG buildout occurring in the area.

9. Construction and operation of the facility is likely to substantially and irreversibly harm my property, decrease my use and enjoyment of my property, and impact the species that live on, and near, my property. As I note throughout this declaration, Venture Global's operation of the Calcasieu Pass LNG export project has already had significant impacts to me and my property. Construction and operation of CP2 LNG will exacerbate these harms, as there will be significant environmental harms, including air pollution, wetland modification and destruction, and harm to my ability to utilize parts of my community, due to traffic both on the surrounding roads and from marine vessels.

10. As an initial matter, my property is roughly one mile from the proposed CP2 LNG export facility property boundary in Cameron Parish, Louisiana. If constructed and operated, the facility would be one of the largest polluters in the Gulf region, emitting several hundred tons annually of harmful air pollutants, including particulate matter or soot, sulfur dioxide, nitrogen oxides, carbon monoxide, and volatile organic compounds, as well as several tons annually of carcinogenic benzene, formaldehyde, and other toxic air pollutants and heavy metals. Because I live approximately a mile from the proposed project, I will be personally exposed to, and forced

to breathe, that pollution, which could not only physically harm me, my family, and friends, but will produce unpleasant smells and visual pollution impairing my enjoyment of my property and the surrounding wetlands and waters.

11. I am very concerned about the air pollution that will be associated with the CP2 LNG project. The air quality has been getting worse since the construction and operation of similar nearby facilities, and I am concerned about adverse health impacts to myself, and my family and friends from air pollution from CP2 LNG, due to the nature and quantity of expected emissions from the facility and from the vessels that will transport LNG from the site.

12. I spend a lot of time outdoors at my property in Holly Beach. I also regularly have friends and family visit my property. For example, I have several friends who visit roughly twice per week, and my family, including my grandkids, visits roughly weekly. I am concerned that air pollution will impact my friends and family while they are visiting me—or even deter them from visiting me as often. I am specifically concerned that air pollution from CP2 LNG will fall on my property and residence.

13. I am particularly concerned about breathing harmful air pollution from CP2 LNG because I have Chronic Obstructive Pulmonary Disease

(COPD), which causes me to have shortness of breath, wheezing, and coughing. The current environmental conditions already cause me to worry about my health, and the addition of another facility would make things worse. I am especially concerned about emissions of formaldehyde and benzene, which are both known human carcinogens. Based on my research, it is my understanding that long term exposure to carcinogenic compound benzene harms bone marrow and can lead to anemia, cause excessive bleeding, and affect the immune system, increasing the chance for infection.

14. CP2 LNG will also emit nitrogen dioxide, which by itself can aggravate respiratory diseases. But it is my understanding that nitrogen dioxide also reacts with other chemicals in the air to form particulate matter and ozone, which also harm the respiratory system. Again, given my history of respiratory issues, I am at particular risk from exposure to such pollution impacts.

15. My experiences with the neighboring Venture Global Calcasieu Pass terminal, which is also about a mile from my house, reinforce my concerns about the air pollution from CP2 LNG. On June 29th 2023 Global Venture received a 46-page Consolidated Compliance Order and Notice of Potential Penalty from the Louisiana Department of Environmental Quality

for multiple and repeated air permit violations and failure to report those violations in a timely manner in 2022. As far as I know, at no time in 2022 did Venture Global notify the public of these violations. Venture Global records indicate that they were out of air permit compliance for over 250 days in 2022. I worry that CP2 LNG will exacerbate the health risks associated with Venture Global's violations by providing another significant source of air pollution right next to my home. I also worry that CP2 LNG will be plagued by similar violations and inability to comply with the terms of the permit, and I will ultimately face an even higher air pollution burden.

16. I am also concerned that the noise and light pollution associated with operating the CP2 LNG facility will diminish my use and enjoyment of my property. I raised my children on this property, and we have always enjoyed the tremendous stargazing experiences that our rural, bucolic location has afforded us. For example, in years past my son and I would regularly go out to the beach to watch the space shuttle cross the sky at night. Since it began operations, however, the nearby Calcasieu Pass LNG export facility has lit up the sky near my property. A friend came to visit the property recently from Las Vegas, Nevada, and commented that the light pollution coming from the Calcasieu Pass facility reminded him of

the Las Vegas skyline. I fear that, if constructed and operated as intended, CP2 LNG will only exacerbate this light pollution problem, and drastically impact my ability to stargaze from my property or in the nearby area.

17. I have also attached an image to this declaration (Attachment A) showing a tanker loading at the Venture Global Calcasieu Pass facility on May 8, 2023, 2022 at 5:52 pm as one example. Another attachment to this declaration (Attachment B) shows Venture Global loading the tanker "Clean Energy" on February 12, 2023 at 6:01 pm. I took these photos from the patio of my residence in Cameron Parish. CP2 LNG will cause similar visual impacts, as the facility will be constructed on the other side of the ship channel from my property.

18. Likewise, my family and I have long enjoyed the quiet, serene environment at my property, and the nearby area, offers. Oftentimes, all one could hear is the birds and the wind. Since it began operations, the Calcasieu Pass LNG export facility has upended this peaceful quietness. The facility operates two 197-foot flares and a 97-foot flare approximately one mile from my property that, when operated, emit sounds comparable to thunder or jet planes. Venture Global said that they would only operate the flares in emergencies, when loading the shipping vessels with gas, and during startup, shutdown, and maintenance events; but, based on my

observations, the facility operated its flares on 84 of its first 90 days of operation in 2022 and these flaring events continue to happen with alarming frequency.

19. I am very concerned with my health and safety based on my visual observations of Venture Global's daily operations. I have recorded over 50 date- and time-stamped photos that document the black sooty particulate emissions coming from the Venture Global Calcasieu Pass LNG facility. I submitted a complaint as recently as October 31, 2025, with LDEQ due to Venture Global's sooty emissions from their flare, which I can see from my property. See Attachment C, LDEQ EDMS Doc. No. 15031460, https://edms.deq.louisiana.gov/app/doc/view?doc=15031460&ob=yes&child=yes. It is my understanding that these flare emissions contain unburned particulates, hydrocarbons, volatile organic compounds and toxic air pollutants that depending on the wind speed and direction can travel right to my residence and to my neighbors in Holly Beach. Like the Calcasieu Pass facility, the flaring systems for the proposed CP2 LNG export facility will be located approximately one mile from my property. I fear that the air and noise pollution associated with these flaring systems will prove intolerable, and prevent me from enjoying the outdoors when they're in operation. I also fear that the noise, smoke, and light pollution associated

with these flaring systems and plant operations will impact the birds and other animals that inhabit the area, and thereby impact my experience hunting, fishing, and birdwatching on my property and in the nearby area.

20. In addition to the impacts from air, noise, and light pollution to my friends, family, and myself, I am also concerned about CP2 LNG's impacts to wetlands and wildlife. As noted, I regularly go fishing, hunting, and birdwatching on my property and in the vicinity, and have specific plans to continue doing so. In fact, I raised my children, who are now grown and who often visit for holidays (including this last Christmas holiday), and who regularly join me to hunt and fish on and near my property. I am concerned that air, water, and noise pollution from CP2 will negatively impact fish and wildlife species, which would reduce my enjoyment of my property and the surrounding areas for fishing, hunting, and birding. And I fear that the CP2 LNG export facility will negatively and substantially impact my family's special traditions fishing and birding on our property.

21. It is my understanding that if this legal challenge is successful, the Court may remand or vacate the Louisiana Department of Environmental Quality's Title V and preconstruction air permit for the CP2 LNG project. This would prevent the Department from re-issuing a permit without ensuring that the CP2 LNG complies with all of the Clean Air Act's

requirements, and may require the Department to mandate more stringent air pollution controls. It may also result in the denial of Commonwealth's permit or provide mitigation measures to lessen the air, noise, and light pollution and other harms from the project, thereby protecting my use and enjoyment of my property, my health, and my interests in fishing, hunting, birdwatching, beach-walking, stargazing, and peace and quiet in the area.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 7, 2025.

John Allaire

# ATTACHMENT A



# ATTACHMENT B



ATTACHMENT C

12/02/2025

**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**
**INCIDENT REPORT**
Incident:226450

## Incident Description

| | |
|---|---|
| **Incident Type:** | Complaint, Facility Air Release |
| **Incident Date:** | 10/31/2025 04:45:00 |
| **Parish:** | Cameron |
| **Municipality:** | Cameron |
| **Location:** | Davis Rd. - Cameron, LA - |
| **Lat/Lon:** | / |
| **Basin/Segment:** | |
| **Substance(s):** | |
| **Media Impacted:** | Air |
| **Incident Desc:** | Ccmplaint Venture Global CP has been flaring all day alternating between the emergency flare and the marine flare. At 4;49 pm I noticed black smoke and 50 flames coming from the Marine flare. I have photos to document this report. they continue to flare with smoky emissions at the time of filing this report.   LB |

## Incident Status

| | |
|---|---|
| **Lead Investigator:** | Eden Maier (EM) |
| **Incident Region:** | Southwest |
| **Incident Status:** | Closed |
| **Followup Status:** | Closed |
| **As Of:** | 12/02/2025 12:50:29 |

JM 12-17-25

## Incident Reporter 1

| | |
|---|---|
| **Received By:** | Spo Contact |
| **Received Date:** | 10/31/2025 17:05:00 |
| **Dispatch Number(s):** | OC8150 |
| **Reported By:** | John Allaire |
| **Phone:** | Johncallaire@yahoo.com  (E-mail primary) |
| | 225-939-1682 (Home phone primary) |
| **Reporter Title:** | |
| **Organization:** | |
| **Address:** | 621 Gulf Beach Hwy |
| **Municipality:** | Holly Beach |
| **State:** | LA |
| **Zip Code:** | 70631 |
| **Comments:** | |

| **Incident Source 1** | |
| --- | --- |
| **Source Name:** | Venture Global Calcasieu Pass LLC - Calcasieu Pass LNG Project |
| **Address:** | 671 Davis Rd |
| | (portion of) |
| **Municipality:** | Cameron |
| **State:** | LA |
| **Phone:** | 2819727021  3375266175(Work phone primary) |
| **Parish:** | |
| **AI #:** | 194203 |
| **Related Permits:** | |
| **Comments:** | On 10/31/2025, SPOC received a citizen complaint regarding flaring at Venture Global Calcasieu Pass located on Davis Road in Cameron, Cameron Parish. On 11/18/2025, I spoke with Rahul Pendse - Vice President, Air Quality Compliance and Optimization of Venture Global LNG, and requested information regarding the complaint. On 11/21/2025, I received Mr. Pendse's response. Mr. Pendse stated that flaring did occur from approximately 1646 to 1705 on 10/31/2025 from the LP Flare due to a Boil Off Gas Compressor B restart after completion of maintenance. Mr. Pendse stated that no emissions exceedances or opacity standard exceedances occurred from the flaring event. |

 Outlook

---

## Re: AI 194203 - LDEQ Information Request

---

**From** Rahul Pendse <Rpendse@venturegloballng.com>

**Date** Fri 11/21/2025 12:23 PM

**To** Eden Maier <Eden.Maier@LA.GOV>

**Cc** Andy Vaughan <avaughan@venturegloballng.com>

> **EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Hello Eden Maier:

Per our phone call on Tuesday (November 18, 2025), please find below the requested information about the operations on October 31, 2025, at Venture Global's Calcasieu Pass facility (AI 194203) .

1. **Flaring Event Description**
   Boil Off Gas Compressor B (BOG-B) was not operational from October 15 to October 31, 2025, because the facility was producing a reduced amount of BOG during a steam turbine generator maintenance outage. Upon completion of the maintenance, BOG-B was re-started approximately from 16:46 to 17:05 on October 31, 2025. The standard BOG-B restart procedure requires associated venting to the LP flare (EQT0015) for the safe cool down of BOG-B.

2. **Any emission exceedances during the flaring event?**

   There were no emission limit exceedances for any pollutant from the LP flare on October 31, 2025.

3. **Opacity standard exceedances during the flaring event?**

   To the best of our knowledge, no opacity standard exceedances occurred at the LP flare on October 31, 2025.

Please let me know if you have any questions or need clarification.

Kindly confirm the receipt of this email.

Thanks
Rahul

Rahul Pendse, P.E.
Vice President, Air Quality Compliance and Optimization

VENTURE GLOBAL **LNG**

1401 McKinney Street
Suite 2600
Houston, TX 77010
O 832.924.9902 M 714.454.0518
rpendse@venturegloballng.com

**Jason Roy**

*Eden*

| | |
|---|---|
| **From:** | SPOC <spoc.otrs@la.gov> |
| **Sent:** | Monday, November 3, 2025 9:39 AM |
| **To:** | _DEQ-SWROAdmin |
| **Cc:** | Cindy LaFosse |
| **Subject:** | [Incident#25251021] SWRO  Complaint  T 226450  Flaring Cameron  OC8150 |

SWRO  Complaint  T 226450  Flaring Cameron  OC8150

https://advantagerm.swe.la.gov/Pages/Incidents/IncidentListPage.aspx?IncidentID=226450

SPOC
Louis Berner

--
Louisiana Department of Environmental Quality
**S**ingle **P**oint **O**f **C**ontact
Phone: (225) 219-3640
Fax: (225) 219-4044
--
---- Forwarded message from deq_no_reply@la.gov ---

From: deq_no_reply@la.gov
To: spoc@la.gov
Cc: Johncallaire@yahoo.com
Subject: Online Citizen Complaint: Confirmation: OC8150 -  10/31/2025 5:05:59 PM
Date: 2025-10-31 17:07:07

| **Caller Information** | |
|---|---|
| * First Name: | John |
| * Last Name: | Allaire |
| * Phone Number: | 225-936-1682 |
| Mailing Address: | 621 Gulf Beach Hwy |
| City: | Holly Beach |
| State: | Louisiana |
| * Email: | Johncallaire@yahoo.com |
| Zip: | 70631` |
| I request a follow-up on inspector findings: | |
| **Site Information** | |
| Alleged Violator: | Venture Global CP |
| * Physical Location/Address: | Davis Road |
| * City: | Cameron |
| * State: | Louisiana |
| Zip: | 70631 |
| * Date of Discharge: | 10/31/2025 |
| * Noticed Time Began: | 04:45:00 |
| Noticed Time Ended: | 00:00:00 |
| * Parish of Occurrence: | Cameron Parish |
| Media Affected: | air |
| If water, name the nearest water body: | Calcasieu River |
| * Description of complaint: | Venture Global CP has been flaring all day alternating between the emergency flare and the marine flare. At 4;49 pm I noticed black smoke and 50 flames coming from the Marine flare. I have photos to document this report. they continue to flare with smoky emissions at the time of filing this report. |
| Directions for reaching the site: | HWY 27 south to Cameron La, turn on Davis road and travel south to VGCP |

---- End forwarded message ---

1

# DECLARATION OF JAMES HIATT

1. My name is James G. Hiatt. I am of legal age and competent to give this declaration, and all matters in this declaration are based on my own personal knowledge unless otherwise specified.

2. I am 42 years old and live with my wife and three children in our single-family home in Lake Charles, Louisiana. I have lived in Lake Charles since 2007. Prior to 2007 I lived in Lake Charles between the years of 1983 and 2002.

3. I am an active member of the Sierra Club and joined in October 2021. I joined the Sierra Club because I believe in the Sierra Club's mission and wanted to support the organization's efforts to protect the environment and reduce our nation's dependence on fossil fuels, including liquefied natural gas which I refer to as "LNG." After learning that there were plans in place to expand and build seven new LNG export facilities along the Calcasieu River, I joined the Sierra Club so that I could become more involved in protecting and preserving what is left of Louisiana's "Sportsman's Paradise" from this industrial buildout because of the negative impacts it will have on my community. One of the LNG export facilities I am concerned about is the Calcasieu Pass 2 ("CP2") LNG export facility.

4.  I am also the Director of For a Better Bayou, a non-profit organization that works to protect, celebrate, and cherish the environment of Southwest Louisiana. My role with For a Better Bayou is an extension of the work I have done as the Southwest Louisiana Coordinator for, and current member of, the Louisiana Bucket Brigade, a nonprofit environmental organization that, since 2000, has worked with towns and neighborhoods next to the state's oil refineries, chemical plants, and other petrochemical infrastructure—the places most impacted by pollution. In my role with For a Better Bayou, I partner with the communities to help residents amplify their voices and challenge the petrochemical industry's relentless expansion. Being on the ground week after week in our partner communities is the lifeblood of this work. Specifically, my duties include meeting with community members, conducting media outreach and briefings, researching and developing economically feasible renewable energy jobs, and coordinating with other organizations regarding the various proposed LNG projects in Southwest Louisiana. I also help organize and participate in outdoor community events in the Lake Charles area. I participate in media briefings where I discuss the multitude of LNG facility proposals in Southwest Louisiana, such as Commonwealth LNG. In these monthly media briefings, a different topic is discussed every

month, for example in a recent briefing, I coordinated with experts who explained how LNG exports are increasing domestic natural gas prices. I have worked with other non-profit environmental organizations to raise awareness on proposed industrial projects including LNG facilities and educate the community on the issues posed by these projects, which includes Commonwealth LNG. I have coordinated with others on raising awareness about the proposed LNG facilities and their impacts on our community. For example, I assisted in the coordination and execution of a media tour in Lake Charles during the World LNG & Gas Series Summit in November 2021, and again in November 2022.

5. One of my favorite pastimes is being out in nature with my family. Most of our vacations involve hiking and being in nature. Lake Charles and the surrounding area used to have several excellent locations for being outside and enjoying nature. But as more and more industrial facilities are being built, there are fewer and fewer locations like this.

6. I visit the area around the proposed CP2 LNG facility at least once per month, and plan to continue doing so. Sometimes I bring my family to enjoy nature there or other visitors to show them the LNG development proposed in the area. When I visit the area, I almost always stop by my friend John Allaire's property, which is very peaceful and a wonderful

location for viewing birds and other wildlife like alligators. This property is about one mile from the proposed CP2 LNG site, and if built, the facility would emit significant amounts of harmful air pollution on a regular basis. As I understand it, the proposed CP2 LNG facility will emit hundreds of tons of air pollutants like particulate matter, nitrogen dioxide, and toxic and carcinogenic pollutants annually, exposing anyone in the immediate vicinity that breathes the air to harmful and hazardous air pollution.

7. Building CP2 LNG would make it very difficult to enjoy the wildlife or just be on his property because I do not want to breathe harmful and toxic air pollution, and I don't want my family and friends to be exposed to such pollutants. I would also be deeply disappointed to see an enormous LNG complex spewing pollutants into the air in an area that I regularly visit to be part of nature. I anticipate I would still visit John Allaire's property on a regular basis, but I would likely visit less often and would certainly enjoy my visits less.

8. When I am in the area, I also often visit an old pogie plant, roughly a mile north of Mr. Allaire's property. This is a great place to watch dolphins and other wildlife. In addition, I also regularly visit Holly Beach, which is located about five miles west of the CP2 LNG site. At Holly Beach, I enjoy the peaceful views of the water. Attachment A shows each of these

locations relative to the proposed Commonwealth LNG location. Attachment B shows these locations with a broader view including Lake Charles, where I live.

9. It is my understanding that both construction and operation of the CP2 LNG export terminal will emit significant amounts of air pollution. I am concerned that this air pollution and other consequences of construction and operation of the facility—such as noise, increased ship traffic, industrial lighting, and flaring (burning off natural gas in large flames)— will adversely impact my health and enjoyment of visits to the area.

10. I am especially concerned about impacts to my health from CP2 LNG's air emissions when I visit Mr. Allaire's property, the old pogie plant, and Holly Beach. It is my understanding that CP2 LNG will emit significant amounts of nitrogen oxides, and that modeling has shown significant nitrogen dioxide impacts from Commonwealth LNG in and around the facility's site. In particular, the modeling shows that CP2 LNG's emissions will increase pollution in area where I visit regularly, including the old pogie plant and Holly Beach. As a result, if the CP2 LNG facility comes online, I will experience increased levels of pollution during my visits to the area. This is concerning to me because exposure to these pollutants can cause respiratory irritation.

11. I am also worried about increased exposure to other air pollutants that CP2 LNG will emit. Given the proximity of Mr. Allaire's property to the CP2 LNG facility, I worry that other air pollutants, like formaldehyde and benzene, will fall on me while I'm at Mr. Allaire's property. Both formaldehyde and benzene are known human carcinogens. Formaldehyde can also cause irritation of the skin, throat, lungs, and eyes. Short term exposure to benzene can cause drowsiness, dizziness, headaches, and irritation of the eyes, skin, and respiratory tract. Long term exposure has caused blood disorders, including reduced numbers of red blood cells and aplastic anemia.

12. The construction and operation of the CP2 LNG export terminal will also impact my work because the it would be a large industrial facility that will require me to organize the surrounding community so they can be informed and protect themselves, e.g. by commenting on permits and requesting public hearings in their communities. This will affect me personally since I will have to take time and resources from my work on other facilities in Southwest Louisiana—and with the communities surrounding those facilities—to expend time and resources to work on this facility. The existence of a facility of this size increases my workload since it is yet

another facility that I must track, attend public meetings about, and oppose in the media and before the agencies.

13. As part of my work, I organize and attend regular events at Mr. Allaire's property and Holly Beach. These events are organized with community partners, naturalists and birders to bring the local community together, observe the birds in the area, appreciate the surrounding natural resources such as the surrounding marshes and wetlands, and educate the community on nearby industrial development and its impact, and enjoy a sunset together. However, if the CP2 LNG project goes forward, the events will have to stop because construction and operation of the project would adversely impact the natural resources and animals celebrated at this event. It might also cause less attendance at my events. Overall, since the CP2 LNG export terminal would ruin the natural condition of the area, Mr. Allaire's property would no longer be a desirable venue for these events.

14. I have also organized several cleanups at Holly Beach, most recently in March 2023. Because the CP2 LNG terminal will be visible without visual aids from Holly Beach, if it is constructed, these beach cleanups will be less enjoyable and may have less attendance as fewer people may want to participate in protecting Holly Beach with such an eyesore on the horizon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 14, 2025,

_____
James Hiatt

# ATTACHMENT A





# DECLARATION OF ANNE ROLFES

I, Anne Rolfes, declare as follows:

1. I am of legal age and am competent to give this declaration. All matters in this declaration are based on my own personal knowledge unless otherwise specified.

2. I am a resident of Orleans Parish.

3. I am the Founder and Director of the Louisiana Bucket Brigade. I have held this position for 25 years. In this capacity, I work to protect our state, including the southwest Louisiana region, from destruction by the fossil fuel industry.

4. Louisiana Bucket Brigade is a Louisiana based non-profit organization with the mission to use grassroots action to hold the petrochemical industry and government accountable for the true costs of pollution. Louisiana Bucket Brigade has approximately 150 members within Louisiana.

5. Louisiana Bucket Brigade collaborates with and supports the people most impacted by industrial development within Louisiana. Over the years we have provided technical support in the areas of media, air monitoring, organizing, cartography, accident research and report writing.

6. Louisiana Bucket Brigade's members include individuals who live, work, or recreate in Cameron Parish, Calcasieu Parish, and throughout Louisiana's

Gulf Coast, i.e., in areas affected by Louisiana's air permits authorizing the construction and operation of the CP2 LNG facility.

7. Louisiana Bucket Brigade and its members have actively participated in the administrative processes and decision-making of the CP2 LNG project, to both state and Federal agencies. This includes commenting during public comment opportunities for the CP2 air permits, and coordinating local outreach informing the public of these comment opportunities. These comments have expressed concerns about impacts from CP2 LNG on air quality, property values, and public health and safety. Specifically, Louisiana Bucket Brigade has submitted comments on Louisiana Department of Environmental Quality's proposed Prevention of Significant Deterioration and Title V permits, multiple Environmental Impact Statements pending before the Federal Energy Regulatory Commission, comments on the Coastal Use Permit application, and comments on the Army Corps of Engineers 404 dredge and fill permit. Additionally, Louisiana Bucket Brigade and its members attended public hearings on CP2 LNG, and provided testimony.

8. Louisiana Bucket Brigade supports a lawsuit challenging Louisiana's issuance of air permits authorizing the construction and operation of the CP2 LNG export facility in Cameron Parish because it furthers Louisiana Bucket

Brigade's mission and its longstanding efforts for a healthy society that hastens the transition from fossil fuels, and protects the people, communities, and environment of Louisiana.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 8, 2026

_____
Anne Rolfes

## DECLARATION OF HUDA FASHHO

I, Huda Fashho, state and declare as follows:

1.      I am over 18 years old and have personal knowledge of the matters set forth in this declaration.

2.      I am a Sierra Club employee. My current title is Senior Managing Director, Member Care. I have held this position since 2011.

3.      In that role, I manage aspects of Sierra Club's customer service, including maintaining an accurate list of members and managing the organization's member databases.

4.      When a person becomes a member of Sierra Club, that person's current residential address or contact information is recorded in our membership database. This database is regularly updated to add new members, reflect address changes and contact information, and update membership status.

5.      Sierra Club is a national non-profit member-based public interest organization incorporated under the laws of the State of California, with its principal place of business in Oakland, CA. It is a recognized not-for-profit corporation under Section 501(c)(3) and (c)(4) of the U.S. Internal Revenue Code. Sierra Club is further subdivided into local chapters, groups, committees, and task forces, with a presence in every state in the Nation.

6.      The Sierra Club's mission is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the Earth's resources and ecosystems; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out those objectives. Its activities also include public education, advocacy, and litigation to enforce environmental laws, including advocacy and litigation to protect public health and air and water quality in the communities where our members live, work, and recreate. Sierra Club has a longstanding commitment to ensuring that the Clean Air Act is fully enforced, properly implemented and ultimately used to ensure clean air for all Americans, including Sierra Club members, who live, work, recreate, and breathe in areas that can be impacted by industrial pollution.

7.      Sierra Club currently has 621,422 active, dues-paying members, including 2,645 members residing in Louisiana. As noted, when a person becomes a member of the Sierra Club, that person's contact information is recorded in our membership database, which is regularly updated to add new members, reflect changes to contact information, and change membership status for those who are no longer active members.

8.      Membership in Sierra Club is granted to any person who provides Sierra Club with a membership application providing their name and pays a membership fee of at least $15. A person is a member from the date that Sierra

Club receives their membership fee.

9.      Sierra Club's membership database shows that John Allaire is a Sierra Club member. According to the database, Sierra Club first received Mr. Allaire's membership fee and added him to the membership list on January 1, 2021.

10.     Sierra Club's membership database also shows that James Hiatt is also a Sierra Club member. According to the database, Mr. Hiatt became a member on November 1, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 14, 2025

_____
Huda Fashho

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I electronically filed the foregoing Notice of

Submission of Standing Declarations with the Clerk of the Court using the CM/ECF system,

which will send notice of such filing to all registered CM/ECF users.

*/s/ Joshua D. Smith*
Joshua D. Smith